

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| COUNTY OF EL PASO, TEXAS, | § | |
| | | No. 08-19-00082-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 327th District Court |
| MONIQUE AGUILAR, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2016-DCV-2806) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment denying Appellant's plea to the jurisdiction challenging Appellee's claims for sex discrimination based on disparate treatment, insofar as that claim is based on disparate treatment as between Appellee and comparators Arenas or Montes, and in that part of the judgment denying Appellant's plea to the jurisdiction challenging Appellee's claim for retaliation for engaging in opposition to disparate treatment. We therefore reverse those parts of the trial court's judgment and dismiss those claims for lack of jurisdiction, in accordance with the opinion of this Court. The remainder of the trial court's judgment is affirmed as modified.

We further order that Appellant and its sureties, if any, and Appellee each pay one-half (1/2) the appellate costs, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.